**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| GWENDOLYN S. BOOKER, IN RE UNITED STATES OF AMERICA, : : : Plaintiff, : : v. : : JUDGE LAKE, : : Defendant. : | Civil No. 10-1530 (GEB) **MEMORANDUM AND ORDER** |

Plaintiff seeks to file a criminal complaint without fees or security, asserting claims pursuant to 18 U.S.C. §§ 241, 242, and 246.

Plaintiff filed this criminal complaint against Defendant Judge Lake, but none of the provisions listed in the complaint give rise to a private right of action, and thus this Court lacks jurisdiction. While a court may refer a purported criminal complaint to the United States Attorney, see United States ex rel. Savage v. Arnold, 403 F. Supp. 172, 174 (E.D. Pa. 1975), the Court finds no reason to do so based upon the facts before it.

If Plaintiff intended to bring a civil action in forma pauperis pursuant to 28 U.S.C. § 1915, she must submit an affidavit, including a statement of all assets, which states that she is unable to pay the fee. 28 U.S.C. § 1915(a)(1). Plaintiff failed to submit either the filing fee, or a complete in forma

<u>pauperis</u> application, as required by 28 U.S.C. § 1915(a)(1).

THEREFORE, it is on this 12th day of April, 2010, hereby

ORDERED that this matter is dismissed without prejudice; and it is further

ORDERED that the Clerk of the Court shall administratively terminate this case, without filing the complaint or assessing a filing fee; and it is further

ORDERED that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

                                               s/ Garrett E. Brown, Jr.  
                                               GARRETT E. BROWN, JR., U.S.D.J.